FANNIE BERGER, Respondent, v. MURRAY J. BERGER, Appellant. (Appeal No. 2.) — Motion by defendant, appellant, for additional time within which to furnish undertaking granted and time for the giving of such undertaking extended until July tenth. Motion by plaintiff, respondent, to resettle order dated June 12, 1931, denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.